UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ROSE CHERUBIN,**

    **Plaintiff,**

v.                                  Civil Action No.: 9:16-cv-81909-DMM

**OCWEN LOAN SERVICING, LLC,**

    **Defendant.**

## NOTICE OF PENDING SETTLEMENT

Defendant, Ocwen Loan Servicing, LLC, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within fourteen (14) days.

                                        Respectfully submitted,

                                        **OCWEN LOAN SERVICING, LLC**

                                        /s/ Justin T. Wong
                                        Justin T. Wong
                                        Florida Bar No. 89477
                                        Troutman Sanders LLP
                                        600 Peachtree Street, NE, Suite 5200
                                        Atlanta, Georgia 30308-2216
                                        Phone:     (404) 885-3000
                                        Facsimile:  (404) 885-3900
                                        E-mail:     justin.wong@troutmansanders.com

                                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2017, I electronically filed the foregoing via the CM/ECF system for the Southern District of Florida, which sent notice of such filing to the following:

George N. Andrews, Esq.
Loan Lawyers, LLC
2150 S. Andrews Ave. 2nd Floor
Ft. Lauderdale, FL  33316
Phone: 954-523-4357
Facsimile: 954-581-2786
George@fight13.com

*Counsel for Plaintiff*

 /s/ Justin T. Wong
Justin T. Wong
Florida Bar No. 89477
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia  30308-2216
Phone:           (404) 885-3000
Facsimile:      (404) 885-3900
E-mail:          justin.wong@troutmansanders.com

*Counsel for Defendant*

30924838