## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-81909-CIV-MIDDLEBROOKS

ROSE CHERUBIN,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

      Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation for Final Order of Dismissal with Prejudice, filed on May 5, 2017. (DE 30). Pursuant to the Parties' request, the Court retains jurisdiction to enforce their settlement agreement, but only for a period of thirty (30) days.

ORDERED and ADJUDGED that the Clerk of Court shall CLOSE this CASE. All pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this 9 day of May, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record